FILED ___ RECEIVED
ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

JAN - 3 2018

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:96-CR-0193-LDG-PAL |
| Plaintiff, ) | |
| vs. ) | |
| MICHAEL JAY SAPIR ) | |
| Defendant. ) | |

ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (ECF#47), sentencing held on November 19, 1997. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

Name of Payee: WELLS FARGO BANK
Amount of Restitution: $7,744.00

Name of Payee: US BANK
Amount of Restitution: $3,058.50

Name of Payee: WELLS FARGO BANK
Amount of Restitution: $17,269.46

Name of Payee: BANK OF AMERICA
Amount of Restitution: $23,492.56

**Total Amount of Restitution ordered: $51,564.52****

**Joint and several with Co-Defendant Alan Scott Boncimino

Dated this __21__ day of December, 2017.

_____
UNITED STATES DISTRICT JUDGE